IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 22 CR 032 WMC |
| ALEXANDER JEFFERSON-COOPER and ZENDEL ROLACK, | 18 U.S.C. § 922(g)(1) |
| Defendants. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about September 7, 2021, through on or about October 5, 2021, in the Western District of Wisconsin, the defendant,

ALEXANDER JEFFERSON-COOPER,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a Walther handgun, said firearm having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## COUNT 2

On or about October 5, 2021, in the Western District of Wisconsin, the defendant,

ZENDEL ROLACK,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting

commerce a Smith and Wesson revolver, a Cobra handgun, and a Walther handgun, said firearms having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 03-09-2022

TIMOTHY M. O'SHEA
United States Attorney