IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | |
| | 22-cr-32-wmc-2 |
| v. | |
| ZENDEL ROLACK, | |
| Defendant. | |

---

Defendant Zendel Rolack has been charged with possession of firearms by a convicted felon. Rolack filed a motion to suppress evidence obtained as a result of the seizure and search of any and all cell phones, as well as any information derived as result, arguing that the search of his cell phone exceeded the scope of the underlying state court search warrant. (Dkt. #40.) Magistrate Judge Stephen Crocker held an evidentiary hearing on the motion on November 1, 2022. In a report and recommendation entered January 26, 2023, Judge Crocker recommended that this court deny Rolack's motion after finding that the iPhone 8 in question fell within the scope of the search warrant, and even if it did not, the good faith doctrine would salvage any search of that iPhone. (Dkt. #82.) Having received no objections have been received to the report and recommendation,

ORDER

IT IS ORDERED:

1. The Magistrate Judge's recommendation (dkt. #82) is ADOPTED.

2. Defendant Zendel Rolack's motion to suppress (dkt. #40) is DENIED.

Entered this 13th day of February, 2023.

BY THE COURT:
/s/

_____
WILLIAM M. CONLEY
District Judge